UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Stephen McMillian, | : |
| Plaintiff, | : Civil Action No.: 2:14-cv-05621-FSH-MAH |
| v. | : |
| Action Revenue Recovery, LLC; and DOES 1-10, inclusive, | : |
| Defendant. | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITHOUT PREJUDICE
<u>PURSUANT TO RULE 41(a)</u>**

Stephen McMillian ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: November 21, 2014

                                                    Respectfully submitted,

                                                    By: <u>/s/ Sofia Balile</u>

                                                        Sofia Balile, Esq.
                                                        Lemberg Law, LLC
                                                        1100 Summer Street
                                                        Stamford, CT 06905
                                                        Phone: (917) 981-0849
                                                        Facsimile:  (203) 653-3424
                                                        Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 21, 2014, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of New Jersey Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                 By /s/ Sofia Balile

                                      Sofia Balile