UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Stephen McMillian, | : |
| | : Civil Action No.: 2:14-cv-05621-FSH-MAH |
| Plaintiff, | : |
| v. | : |
| | : |
| Action Revenue Recovery, LLC; and DOES 1-10, inclusive, | : |
| | : |
| Defendant. | : |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE
## PURSUANT TO RULE 41(a)

Stephen McMillian ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: November 21, 2014

Respectfully submitted,

By: /s/ Sofia Balile

Sofia Balile, Esq.
Lemberg Law, LLC
1100 Summer Street
Stamford, CT 06905
Phone: (917) 981-0849
Facsimile: (203) 653-3424
Attorneys for Plaintiffs

12/2/14
SO ORDERED
Hon. Faith S. Hochberg, USDJ